1  Thomas M. Kerr (CA State Bar No. 241530)
   HOLME ROBERTS & OWEN LLP
2  560 Mission Street, 25th Floor
3  San Francisco, CA  94105-2994
   Telephone:   (415) 268-2000
4  Facsimile:    (415) 268-1999
   thomas.kerr@hro.com
5
6  Attorneys for Plaintiffs
   ATLANTIC RECORDING CORPORATION;
7  ELEKTRA ENTERTAINMENT GROUP, INC.;
   VIRGIN RECORDS AMERICA, INC.; UMG
8  RECORDINGS, INC.; ARISTA RECORDS
   LLC; SONY BMG MUSIC ENTERTAINMENT;
9  and BMG MUSIC

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| ATLANTIC RECORDING CORPORATION, a Delaware corporation; ELEKTRA ENTERTAINMENT GROUP, INC., a Delaware corporation; VIRGIN RECORDS AMERICA, INC., a California corporation; UMG RECORDINGS, INC., a Delaware corporation; ARISTA RECORDS LLC, a Delaware limited liability company; SONY BMG MUSIC ENTERTAINMENT, a Delaware general partnership; and BMG MUSIC, a New York general partnership,<br>               Plaintiff,<br><br>   v.<br><br>OLIVIA BENSAN,<br>               Defendant. | CASE NO. C-06-04917-MHP<br><br>Honorable Marilyn H. Patel<br><br>***EX PARTE* APPLICATION TO CONTINUE CASE MANAGEMENT CONFERENCE AND [PROPOSED] ORDER** |

i

*EX PARTE* APPLICATION
Case No.  C-06-04917-MHP
#26971 v1

1     Plaintiffs hereby request that the Court continue the case management conference currently set for December 11, 2006, at 4:00 p.m. ninety (90) days to March 12, 2007.  Plaintiffs filed the Complaint against Defendant on August 15, 2006.  Defendant has not yet been served.  Plaintiffs have made numerous attempts at personal service, and are now trying to verify Defendant's address.  Plaintiffs are still attempting to serve Defendant and will soon attempt alternative forms of service of Defendant.  Plaintiffs therefore request to continue the case management conference so that plaintiffs may continue to attempt to serve defendant.

DATED:  December 4, 2006      THOMAS M. KERR
    HOLME ROBERTS & OWEN LLP


By: _____ /s/ *Thomas Kerr* _____
    Thomas M. Kerr
    Attorney for Plaintiffs


## **ORDER**

    Good cause having been shown:

**IT IS ORDERED** that the case management conference currently scheduled for December 11, 2006, at 4:00 p.m. is continued to March 12, 2007.

Dated:  12/6/06      By: _____
    Honorable Marilyn H. Patel
    United States District Judge

1