1  Thomas M. Kerr (CA State Bar No. 241530)
   HOLME ROBERTS & OWEN LLP
2  560 Mission Street, 25th Floor
3  San Francisco, CA  94105-2994
   Telephone:  (415) 268-2000
4  Facsimile:  (415) 268-1999
   thomas.kerr@hro.com
5
6  Attorneys for Plaintiffs
   ATLANTIC RECORDING CORPORATION;
7  ELEKTRA ENTERTAINMENT GROUP, INC.;
   VIRGIN RECORDS AMERICA, INC.; UMG
8  RECORDINGS, INC.; ARISTA RECORDS
   LLC; SONY BMG MUSIC ENTERTAINMENT;
9  and BMG MUSIC

10
                UNITED STATES DISTRICT COURT
11              NORTHERN DISTRICT OF CALIFORNIA
                   SAN FRANCISCO DIVISION
12

13 | ATLANTIC RECORDING CORPORATION, a          | CASE NO. C-06-04917-MHP
14 | Delaware corporation; ELEKTRA              |
   | ENTERTAINMENT GROUP, INC., a Delaware     | Honorable Marilyn H. Patel
15 | corporation; VIRGIN RECORDS AMERICA,       |
   | INC., a California corporation; UMG        | ***EX PARTE* APPLICATION TO CONTINUE**
16 | RECORDINGS, INC., a Delaware corporation;  | **CASE MANAGEMENT CONFERENCE**
   | ARISTA RECORDS LLC, a Delaware limited     | **AND [PROPOSED] ORDER**
17 | liability company; SONY BMG MUSIC          |
18 | ENTERTAINMENT, a Delaware general          |
   | partnership; and BMG MUSIC, a New York     |
19 | general partnership,                       |
   |                Plaintiff,                  |
20 |                                            |
21 |        v.                                  |
22 | OLIVIA BENSAN,                             |
   |                Defendant.                  |
23

24
25
26
27
28

                              i
*EX PARTE* APPLICATION
Case No.  C-06-04917-MHP
#28383 v1

1  Plaintiffs hereby request that the Court continue the case management conference currently
2  set for March 12, 2006, at 4:00 p.m. to June 5, 2007. Defendant was served with the summons and
3  complaint on December 10, 2006. Defendant has not yet answered or otherwise responded to the
4  complaint. The clerk of this Court entered default against Defendant on February 13, 2007.
5  Plaintiffs are prepared to file a motion for default judgment by the Court. However, since the entry
6  of default, Plaintiffs' representatives have been in communication with Defendant, and Plaintiffs'
7  counsel now believes that this case has settled. The parties are now in the process of finalizing the
8  settlement documents. Therefore, no case management conference is necessary at this time.
9  Dispositional documents will be filed as soon as they are available. Plaintiffs therefore respectfully
10 request that the Court continue the case management conference currently set for March 12, 2006, at
11 4:00 p.m. to ~~June 5, 2007~~.  June 4, 2007 at 4:00 p.m.

DATED: February 21, 2007

THOMAS M. KERR
HOLME ROBERTS & OWEN LLP
By:  _____/s/ Thomas M. Kerr_____
THOMAS M. KERR
Attorney for Plaintiffs

## ORDER

Good cause having been shown:

**IT IS ORDERED** that the case management conference currently scheduled for March 12, 2007, at 4:00 p.m. is hereby continued to ~~June 5, 2007~~. June 4, 2007 at 4:00 p.m.

DATED: 2/23/2007     By; _____
Honorable Marilyn H. Patel
United States


IT IS SO ORDERED
Judge Marilyn H. Patel

1

*EX PARTE* APPLICATION
Case No. C-06-04917-MHP
#28383 v1

**PROOF OF SERVICE**

STATE OF CALIFORNIA, CITY AND COUNTY OF SAN FRANCISCO

    I am employed in the office of Holme Roberts & Owen in San Francisco, California. I am over the age of eighteen years and not a party to the within action. My business address is 560 Mission Street, 25th Floor, San Francisco, CA 94105.

    On February 21, 2007, I served the foregoing documents described as:

***EX PARTE* APPLICATION TO CONTINUE CASE MANAGEMENT CONFERENCE AND [PROPOSED] ORDER**

on the interested party in this action by placing a true and correct copy thereof enclosed in a sealed envelope addressed as follows:

> **Olivia Bensan**
> **954 El Cajon Drive**
> **Danville, CA 94526**

    XX    BY MAIL: I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with U.S. postal service on that same day with postage thereon fully prepaid at San Francisco, California in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

    XX    (FEDERAL) I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

    Executed on February 21, 2007 at San Francisco, California.

*Molly Morris*<br>Molly Morris